MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Frank Gonzalez
(Please print)

STREET ADDRESS: 2111 N 75th Ave

CITY/STATE/ZIP: Elmwood Pk ILL 60707

PHONE NUMBER: 312 217 2636

CASE NUMBER: 08CV4470
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

Signature

Date: 8/7/8

FILED
AUG 07 2008  NF
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT