MHG

**FILED**
10/10/2007
AUG 07 2008
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Frank Gonzalez
_____
Plaintiff

v.

Illinois State Tollway Highway Authority
_____
Defendant(s)

08CV4470
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Frank Gonzalez, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 5/14/6
      Monthly salary or wages: 2000?
      Name and address of last employer: Ill State Tollway Highway

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: Nope
      Name and address of employer: None

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes    ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____)    ☐Yes    ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☒Yes    ☐No
   Address of property: 2111 N 75TH Ave
   Type of property: Condo    Current value: 140,000.00
   In whose name held: Frank Gonzalez    Relationship to you: __
   Amount of monthly mortgage or loan payments: 1250
   Name of person making payments: Friends & Family    IN foreclosure

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes    ☒No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
   Angelina Gonzalez    Age 14
   Julian Gonzalez    Age 12

I have no Income & I have been Borrowing money from Friends and have Exhausted all my -2- Credit Cards, and Bank Account and have two kids & Dog

See Attached

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/7/8

_____
Signature of Applicant

Frank Gonzalez
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                 _____
                                 (Print name)

rev. 10/10/2007

-3-



**ComEd**
An Exelon Company

USE OF TELEPHONE NUMBERS
www.exeloncorp.com   Speech/Hearing 1-800-572-5789 (TTY)
Customer Service: 1-800-203-0684

# Final Notice
## Prior to Disconnection

0042

Name:  FRANK GONZALEZ
Service Location: 2111 N 75TH AVE BW ELMWOOD PARK IL 60707

Account Number: 5390483034
Issue Date: July 7, 2008
Charges Now Due: Total amount due immediately $278.93

Your electric service will be disconnected on or after July 21, 2008 unless $278.93 in full is paid now.

If you do not pay this bill and your service is to be reconnected, you must pay all past due balances before your service can be restored. You may also be required to pay an additional deposit. ComEd reserves the right to verify any payment before restoring service.

If you cannot pay the whole amount now, you may be able to make arrangements with us. To contact us, residential customers call 1-800-203-0684. If you are hearing or speech impaired and use a TDD or TTY, call 1-800-572-5789.

If a representative is unable to help you and wants to talk to a supervisor's or unable to help, call the Consumer Services Division of the Illinois Commerce Commission at 1-800-524-0795. If you are hearing or speech impaired and use a TDD or TTY, call 1-800-858-9277.

A "Low Income Home Energy Assistance Program" is available for qualified customers. Under this plan, a one-time payment can be made on your behalf for your winter months bills to help avoid disconnection of service. A customer must apply at one of the Illinois Department of Human Services agencies.

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check

**ComEd**
An Exelon Company

53904 8303 40000 0000

10648 1 AV 0.324  10648/010648/010648 042 01 CX6VSE   1 07082008
FRANK GONZALEZ
2111 N 75TH AVE BW
ELMWOOD PARK IL, 60707-3164

Account Number
**5390483034**

Payment Receipt Stamp

Payment Amount

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0002

Amount due immediately: **$278.93**



5390483034000027893819902789731

**CLIENT SERVICES, INC.**
3451 HARRY TRUMAN BLVD
ST CHARLES, MO  63301-4047
636-947-2321 or 800-521-3236

07/21/2008

FRANK GONZALEZ                                              **REFERENCE NO.**
2111 N 75TH AVE REAR
ELMWOOD PARK IL 60707-3164                                      7984323

|ıllıllııılıııllııılııılıllııııllıllııılıllılılılılı|

RE:CHASE BANK USA N.A.
BALANCE DUE:   $6,010.52

In an effort to resolve this matter amicably, our client has authorized us to accept a settlement of 80% of the above balance.

If you choose to accept this offer, we must receive the settlement amount in full no later than fourteen days from the date of this letter. If you wish to accept this offer, but need a few days to make arrangements, please call us at our toll free number 1-800-521-3236.

Sincerely,


LAURA NORRIS




This communication is from a professional debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

S-31104

Atlantic Credit & Finance, Inc.
PO Box 11887
Roanoke, VA 24022-1887

3500744

Return Service Requested



**Atlantic**™

CREDIT & FINANCE INCORPORATED
866-397-4100 * Fax 540-772-7895
http://www.atlanticcreditfinance.com

000326   AC5TA155
FRANK J GONZALEZ
2111 N 75TH AVE
ELMWOOD PARK, IL 60707-3164

Original Creditor ▸ HSBC Ameritech
Acct # ▸ 5408010033346137
ACF Acct # ▸ 3500744
Balance ▸ $1,952.54

June 3, 2008

Dear Mr./Ms. Frank J Gonzalez:

As you are aware, Atlantic Credit & Finance, Inc. ("Atlantic") has purchased the account referenced above. In an effort to resolve this debt, if we receive your payment within 15 days of the date of this letter, we will allow you to pay off the entire account for a one time payment of $1,464.41. That's $488.14 less than the amount you owe.

**PLEASE NOTE:** We have reviewed your account and if we do not receive payment or a reasonable arrangement to pay the balance, we may have no choice but to forward the account to an Attorney in your area for resolution.

The settlement offer outlined above is only guaranteed for the time frame specified. After that time, we reserve the right to modify the settlement offer, or revoke the offer in its entirety.

If this account was discharged in bankruptcy, we have not received proper notification. To close this account, please send a copy of the "Discharge of Debtor" listing date, file number and court.

To discuss this debt, please contact our account service representatives toll free at 866-397-4100, between 9:00 A.M. and 7:00 P.M. EST Monday through Thursday and 9:00 A.M. to 5:00 P.M. EST on Friday. You may leave a message 24 hours a day to prompt a return phone call (please be certain to leave a contact telephone number).

Sincerely,
Inbound Collections Department

Please use the stub on the reverse side of this letter when submitting your payment.

**Mail all Correspondence to:**

Atlantic Credit & Finance, Inc.
PO Box 13386
Roanoke, VA 24033-3386

**Mail all Payments to:**

Atlantic Credit & Finance, Inc.
PO Box 12966
Roanoke, VA 24030-2966

**This communication is from a debt collector.**
This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

FC305-r101207/HP3



May 27, 2008  RE: LOAN NUMBER: 0011568557

Frank Gonzalez
2111 N 75th Ave
Elmwood Park, IL 60707

PRIORITY CODE: 92520
PROPERTY:   2111 N 75th Ave
            Elmwood Park IL 60707

Dear Frank Gonzalez :

This letter is to notify you that we have forwarded your account to an attorney/trustee to immediately initiate foreclosure proceedings. Once the foreclosure action has been initiated, attorney fees and costs will be added to the amount due.

Should you wish to reinstate or pay off your loan, or if you have questions regarding the foreclosure process, please contact the attorney/trustee handling the foreclosure at the following phone number:

                    PIERCE & ASSOCIATES, PC
                    (312)346-9088

If full reinstatement is not possible, alternatives to foreclosure may be available to you. You may contact our Loss Mitigation Department at 1-888-577-4011 for further information. Please be advised that normal foreclosure action will continue while foreclosure alternatives are being discussed.

If this loan is not brought current, or if a foreclosure alternative is not agreed upon prior to the foreclosure sale date, you will be notified as to the date the property must be vacated. Therefore, a timely response is essential.

Sincerely,

EMC Mortgage Corporation

NOTICE: EMC is attempting to collect a debt and any information obtained will be used for that purpose.

---

800 State Highway 121 Bypass, Lewisville, Texas 75067
Mailing Address: P.O. Box 293150 Lewisville, Texas 75029-3150



# nicor
Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

www.nicorgas.com/myaccount
1 888 NICOR 4U    1 888 642-6748

**Energy Profile**

Average Daily Cost
2008    $0.41
2007    N/A

Average Daily Therms
2008    0.06
2007    N/A

Total Degree Days
2008    0
2007    0

Monthly Therm Usage

■ This Month
☒ Last Month
☐ This Month Last Year

Digging this summer? Be sure to call JULIE at 811 to have underground utilities marked at least 48 hours prior to excavating on your property. This service is free and it's the law.

Service For:
Frank Gonales                                         Account 01-76-48-4872 5

**Payment Information**
Previous Balance                          198.52
**Total Payments and Balances**                                        $198.52

For gas service at the following location:
**2111 N 75th Ave # Fb, Elmwood Park**

Meter Reading  Meter Number 1220533
Current:              1832  Estimated Reading - July 21, 2008
Previous:             1830  Estimated Reading - June 19, 2008
Difference:           2 (32 days)
Conversion to Therms: 2 X 1.014 BTU Factor = 2.02 Therms

**Residential Gas Non-Heat Service**
**Delivery Charges**
Monthly Customer Charge                    8.85
First 20 Therms    2.02 @ $0.1473          .30
County Government Agency Compensation Adjustment    .05
Franchise Cost Adjustment                  .46
                                                        $9.66

**Natural Gas Cost**
0.76 Therms x $1.23                        .93
1.26 Therms x $1.45                       1.83
                                                        $2.76

**Taxes**
Municipal Utility Tax $12.42 @ 5.15%       .64
Utility Fund Tax $12.42 @ 0.1%             .01
State Revenue Tax 2.02 @ $0.024 -          .05
                                           $.70
                                                        $13.12
**Total Current Bill Amount**                           $13.12

**Total Amount Due**                                    $211.64
Bill Date 7/21/2008, due by 8/12/2008

---

Please detach and return with your payment

# nicor GAS

Past due balance is $198.52 due now.
Current bill $13.12 due by 08/12/2008

Total Amount Due
**$211.64**

Frank Gonales
2111 N 75th Ave   # Fb
Elmwood Park IL 60707-3164

Indicate amount added for Sharing:
$ _____

Account 01-76-48-4872 5

PO BOX 416
AURORA IL 60568-0001

01 76 48 4872 5 0000211649 0000211649 9