MHN

08CV4470
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

UNITED STATES DISTRICT COURT, NORTHERN
EASTERN DIVISION

Plaintiff(s): FRANK GONZALEZ

v.

Defendant(s): ILL State Tollway Authority

**FILED**
AUG 0 7 2008
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: _____

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Frank Gonzalez__, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have contacted many legal aid programs one called Metropolitan legal aid in Melrose PK of CHSO Also call Lawyer 1 670 416 8000 No Help.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

Date: 8/7/8

Street Address: 2111 N 75th Ave

City, State, ZIP: Elmwood PK IL 60707