## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4470 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Frank Gonzalez    vs    Illinois State Tollway Highway Authority | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application is granted.    Summons to issue
Plaintiff's motion for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

Case 1:08-cv-04470    Document 6    Filed 08/12/2008    Page 1 of 1