**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Frank Gonzalez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 4470 |
| | ) | |
| | ) | Honorable Judge Gettleman |
| **THE ILLINOIS STATE** | ) | |
| **TOLL HIGHWAY AUTHORITY,** | ) | Magistrate Judge Cox |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

To:   Frank Gonzalez
      2111 N. 75th Ave.
      Elmwood Park, IL 60707

    I, Tiffany I. Bohn, an attorney, certify that a copy of this ANSWER TO COMPLAINT and ATTORNEY APPEARANCE were filed with the Clerk of the Court via the Court's electronic filing system on the 5th day of September, 2008. Notice of this filing will be sent to the above listed individual by depositing it in the U.S. Mail chute located at 2700 Ogden Avenue, Downers Grove, IL on September 5, 2008.

                                                  /s Tiffany I. Bohn
                                                  Tiffany I. Bohn
                                                  Assistant Attorney General
                                                  Attorney for Defendant

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774