**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Frank Gonzalez** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08 CV 4470** |
| | ) | |
| | ) | **Honorable Judge Gettleman** |
| **THE ILLINOIS STATE** | ) | |
| **TOLL HIGHWAY AUTHORITY** | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendant** | ) | |

## ANSWER TO COMPLAINT

Now comes the defendant, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY, (hereinafter referred to as "TOLLWAY"), by its attorney, LISA MADIGAN, Attorney General of the State of Illinois, and LARRY R. WIKOFF and TIFFANY I. BOHN, Assistant Attorneys General, and for its Answer to the plaintiff's Complaint states as follows:

1.  This is an action for employment discrimination.
    **Answer:** Defendant admits.

2.  The plaintiff resides in Cook County, Illinois.
    **Answer:** Defendant admits.

3.  The defendant is the Illinois State Toll Highway Authority located at 2700 Ogden Avenue, Downers Grove, IL 60515.
    **Answer:** Defendant admits.

4.  Plaintiff was employed by the defendant.
    **Answer:** Defendant admits.

5.      Plaintiff was employed but is no longer employed by the defendant.

        **Answer:**  Defendant admits.

6.      The defendant discriminated against the plaintiff on or about September 1, 2005,

        **Answer:**  Defendant denies that it discriminated against plaintiff on or about
        September 1, 2005 or that it discriminated against plaintiff at any time.

7.1.    The defendant is not a federal governmental agency and plaintiff has filed a charge
        against the defendant asserting the acts of discrimination asserted in this complaint with
        the United States Equal Employment Opportunity Commission on or about January 29,
        2007, and the Illinois Department of Human Rights, on or about February 9, amended on
        May 12, 2006.

        **Answer:**  Defendant admits that it is not a federal government agency and that plaintiff
        has filed a charge against it with the United States Equal Employment Opportunity
        Commission on or about January 29, 2007 and the Illinois Department of Human Rights,
        on or about February 9, amended May 12, 2006 asserting the acts of discrimination
        indicated in this complaint.

8.      The United State Equal Employment Opportunity Commission has issued a Notice of
        Right to Sue letter to the plaintiff, which he received on the July 1st, 2008.

        **Answer:**  Defendant admits that plaintiff was issued a Notice of Right to Sue letter.
        Defendant has no knowledge as to plaintiff's receipt of same.

9.      Defendant discriminated against the plaintiff because of the plaintiff's disability
        (Americans with Disabilities Act or Rehabilitation Act).

        **Answer:**  Defendant denies the allegations set forth in paragraph 9, denies that it
        discriminated against defendant for any reason, and further denies  that plaintiff was
        disabled under the terms of the Americans with Disabilities Act.

10.    If the defendant is a state, county, municipal or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin. (42 U.S.C. § 1983).

**Answer:**  Defendant admits that it is a state agency. Defendant denies that it discriminated against the plaintiff on the basis of race, color or national origin, and further denies that plaintiff included any claims of discrimination based upon race, color or national origin in any charge filed with the U.S. Equal Employment Opportunity Commission.

11.    Jurisdiction over the statutory violation alleged is conferred.

**Answer:**  Defendant admits only that jurisdiction is conferred by the Americans with Disabilities Act of 1990.

12.    Defendant terminated the plaintiff's employment, and retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above.

**Answer:**  Defendant admits that it terminated the plaintiff's employment. Other than as admitted, defendant denies the remaining allegations set forth in paragraph 12.

13.    The facts supporting the plaintiff's claim of discrimination are as follows….:

**Answer:**  Defendant admits that it discharged the plaintiff. Other than as admitted, defendant denies the remaining allegations set forth in paragraph 13.

14.    Defendant makes no answer, for reason that plaintiff is not making any claim for Age Discrimination.

15.    Defendant admits that plaintiff demands a jury.

16.    Defendant denies that plaintiff is entitled to any of the relief asked for or that he has suffered any damage due to any unlawful act on the part of the defendant.

## ADDITIONAL DEFENSES

1.      Plaintiff was not disabled at the time and place of the alleged unlawful discrimination.

2.      Plaintiff made no request for disability accommodation at the time and place of the alleged unlawful discrimination.

3.      Plaintiff's employment was terminated for violation of defendant's attendance policy.

## JURY DEMAND

Defendant hereby demands a trial by jury on all issues herein triable of right by a jury.

WHEREFORE, defendant, the ILLINOIS STATE TOLL HIGHWAY AUTHORITY, respectfully requests that the Court deny all relief requested including reinstatement, compensatory damages, punitive damages, pre-judgment interest, costs  and attorneys' fees and pray that the plaintiff's action be dismissed with prejudice and that costs and attorneys' fees be awarded to the defendant pursuant to 42 U.S.C. Section 1988.

Respectfully submitted,

LISA MADIGAN,
Attorney General of Illinois

___s/Larry R. Wikoff_____

By:     Larry R. Wikoff
Assistant Attorney General

LISA MADIGAN
Attorney General
State of Illinois
Larry R. Wikoff, Assistant Attorney General
Tiffany I. Bohn, Assistant Attorney General
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1505
ARDC No. 3013898

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Frank Gonzalez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08 CV 4470** |
| | ) | |
| | ) | **Honorable Judge Gettleman** |
| **THE ILLINOIS STATE** | ) | |
| **TOLL HIGHWAY AUTHORITY,** | ) | **Magistrate Judge Cox** |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

To:    Frank Gonzalez
2111 N. 75th Ave.
Elmwood Park, IL 60707


I, Tiffany I. Bohn, an attorney, certify that a copy of this ANSWER TO COMPLAINT and ATTORNEY APPEARANCE were filed with the Clerk of the Court via the Court's electronic filing system on the 5th day of September, 2008. Notice of this filing will be sent to the above listed individual by depositing it in the U.S. Mail chute located at 2700 Ogden Avenue, Downers Grove, IL on September 5, 2008.

/s Tiffany I. Bohn
Tiffany I. Bohn
Assistant Attorney General
Attorney for Defendant


Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774