IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 4470 |
| | ) | |
| | ) | Honorable Judge Gettleman |
| THE ILLINOIS STATE | ) | |
| TOLL HIGHWAY AUTHORITY, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Frank Gonzalez
      2111 N. 75th Ave.
      Elmwood Park, IL 60707

   Please take notice that on the 5th day of September, 2008, defendant, THE ILLINOIS STATE TOLL HIGHWAY AUTHORITY, filed the attached **DEFENDANT'S ANSWER TO COMPLAINT AND ATTORNEY APPEARANCES** with the Clerk of the Northern District of Illinois , Eastern Division via the Court's electronic filing system.

LISA MADIGAN,                                By: _____
Attorney General of the State of Illinois        Tiffany I. Bohn, Assistant Attorney General
                                                 The Illinois Toll Highway Authority
                                                 2700 Ogden Avenue
                                                 Downers Grove, IL  60515
                                                 (630) 241-6800, Ext. 1525


Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Frank Gonzalez,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 4470 |
| | ) | |
| | ) | Honorable Judge Gettleman |
| **THE ILLINOIS STATE** | ) | |
| **TOLL HIGHWAY AUTHORITY,** | ) | Magistrate Judge Cox |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

To:   Frank Gonzalez
      2111 N. 75th Ave.
      Elmwood Park, IL 60707

    I, Tiffany I. Bohn, an attorney, certify that a copy of this ANSWER TO COMPLAINT and ATTORNEY APPEARANCE were filed with the Clerk of the Court via the Court's electronic filing system on the 5th day of September, 2008. Notice of this filing will be sent to the above listed individual by depositing it in the U.S. Mail chute located at 2700 Ogden Avenue, Downers Grove, IL on September 5, 2008.

                                                          /s Tiffany I. Bohn
                                                          Tiffany I. Bohn
                                                          Assistant Attorney General
                                                          Attorney for Defendant

Tiffany I. Bohn
Assistant Attorney General
Illinois State Toll Highway Authority
2700 Ogden Avenue
Downers Grove, IL 60515
(630) 241-6800 x 1525
tbohn@getipass.com
ARDC No. 6285774